**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| KEITH TYRONE WHITE, ) | |
|     Petitioner, ) | |
| ) | CIVIL ACTION NO. 16-00356-KD-C |
| vs. ) | |
| ) | CRIMINAL NO. 07-00110-KD-C |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 12, 2017 is **ADOPTED** as the opinion of this Court. Accordingly, the United States' motion to dismiss (Doc. 96) is **GRANTED** and Petitioner's motion is **DISMISSED WITHOUT PREJUDICE** because his motion is time-barred pursuant to 28 U.S.C. § 2255(f)(1) & (3).

**DONE** and **ORDERED** this **9**$^{th}$ day of **August 2017.**

       /s/ Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **CHIEF UNITED STATES DISTRICT JUDGE**